

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment U.S. v SHERRY DIANE PETTIS (SENTENCING GUIDELINES CASE) | January 20, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | A. Clark Morris Assistant United States Attorney |

Please issue an arrest warrant for the following person who was indicted at the January 20, 2006, Grand Jury:

SHERRY DIANE PETTIS
4331 Beardsley Drive
Montgomery, AL

LIMITS OF PUNISHMENT

Count 1: 18 U.S.C. § 1623(c)
NMT $250,000; or twice gross
loss to victim or twice gross gain to
defendant, whichever is greatest;
NMT 5Y, or both;
NMT 3Y Sup Rel;
$100 AF; VWPA

ESTIMATED TRIAL TIME: 2 Days