AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

Sherry Diane Pettis
4331 Beardsley Dr.
Montgomery, AL

**WARRANT FOR ARREST**

Case    2:06cr18-WKW

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __Sherry Diane Pettis__
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with  (brief description of offense)

Inconsistent Material Declaration while Testifying Under Oath (1Ct)

in violation of Title __18__ United States Code, Section(s) __1623(a)__

DEBRA P. HACKETT
Name of Issuing Officer

BY: _[signature]_
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

1/24/06 - Montgomery, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |