# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Sherry Diane Pettis

**PERSON REPRESENTED:** SHERRY DIANE PETTIS

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
District Court: 2:06CR18-W

**CHARGE/OFFENSE:** 18 USC 1623(c)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- IF NO, give month and year of last employment: DEC 2005
- How much did you earn per month $1,600
- If married is your Spouse employed? NOT Married

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- Received: $16,300 — Source: Casino earnings
- Received: $5,000 — Source: Commission from setting up stock sale

**CASH** — Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $400

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes ☐ No
- Value: $2,500 — Description: 1990 Honda Accord

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — Marital Status: ☒ Separated or Divorced
Total No. of Dependents: 0

**DEBTS & MONTHLY BILLS**
| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Personal Loan | $1,800 | |
| Montgomery County Utilities | $2,000 | $950 |
| Food | | $100 |
| Gas | | $50 |

I certify the above to be correct.

Signature: Sherry Diane Pettis    Date: 1/26/06

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH. under the penalty of perjury 28 U.S.C. § 1746