IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

UNITED STATES OF AMERICA   )
                           )
v                          )
                           ) CR. NO. 2:06-cr-018-W
Sherry Pettis              )
                           )

**WAIVER OF SPEEDY TRIAL ACT RIGHTS**

I, _Sherry Pettis_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_1-26-06_
DATE

_Sherry D. Pettis_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT