| COURTROOM DEPUTY'S MINUTES | DATE: February 27, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:19 - 3:20 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr018-WKW        **DEFENDANT(S)** Sherry Diane Pettis

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Donnie Bethel |

☐ **DISCOVERY STATUS:**
  Completed except for Carmichael trial transcript that has been requested

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
  Early stages of negotiations - may plea
  Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
  Trial time - 1-2 days

☐ **REMARKS:**