IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CASE NO: 2:06-cr-018-WKW |
| | ) | |
| **SHERRY DIANE PETTIS** | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **SHERRY DIANE PETTIS,** by undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the June trial term. In support of this motion, the Defendant would show the following:

1. Defendant's Counsel will be out of the Federal Defenders' office for four of the five weeks immediately preceding the June 26, 2006, trial term; specifically, he will perform military duty the week of May 22nd, he will be in San Francisco for training the week of May 29th, and he will be in Macon, GA, from June 11th through June 24th. He will not return to Montgomery until June 25th, the day before the trial term begins.

2. Therefore, due to his travel schedule in the weeks preceding the June trial term, Defendant's Counsel will not have sufficient time to properly prepare this case for trial.

3. The United States, through Assistant United States Attorney Clark Morris, has no opposition to a continuance.

4. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, was filed with this Court on January 26, 2006.

5. The ends of justice will be served by the granting of a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 1st day of May, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CASE NO: 2:06-cr-018-WKW |
| ) | |
| **SHERRY DIANE PETTIS** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49