IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
      Plaintiff,              )
                                   )
v.                                 )          CASE NO. 2:06-CR-018-WKW
                                   )
SHERRY DIANE PETTIS,               )
                                   )
      Defendant.              )

**<u>ORDER</u>**

    This case is before the Court on the defendant's Unopposed Motion to Continue Trial (Doc. # 14), filed on May 1, 2006.  Upon consideration, it is hereby ORDERED that this motion is GRANTED.  This case is re-set on the October 16, 2006 trial term.

    DONE this the 18th day of May, 2006.

                     /s/  W.  Keith Watkins
               UNITED STATES DISTRICT JUDGE