IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )          CASE NO. 2:06-CR-018-WKW
                                     )
SHERRY DIANE PETTIS,                 )
                                     )
        Defendant.                   )

## ORDER

It is ORDERED that the Court's May 18, 2006 order (Doc. # 15) is VACATED.  The

defendant is DIRECTED to file a speedy trial waiver in support of her Unopposed Motion to

Continue Trial (Doc. # 14).

DONE this the 1st day of June, 2006.


                        /s/  W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE