**COURTROOM DEPUTY'S MINUTES**                  **DATE: September 25, 2006**

**MIDDLE DISTRICT OF ALABAMA**                  **Digital Recording: 3:16 - 3:18**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**           **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:  2:06cr18-WKW**        **DEFENDANT(S)    Sherry Diane Pettis**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| Verne Speirs standing in for Clark Morris | * Jennifer Hart standing in for Donnie Bethel | |
| | * | |
| | * | |
| | * | |

❑ **DISCOVERY STATUS:**
        **Complete**
_____
_____
_____

❑ **PENDING MOTION STATUS:**
_____
_____
_____

❑ **PLEA STATUS:**
        **Plea negotiations ongoing – 50/50 chance**
        **Notice of intent to change plea to be filed on or before noon on October 4, 2006**
_____

❑ **TRIAL STATUS**
        **Trial time - 2 days**
_____
_____

❑ **REMARKS:**
_____
_____
_____
_____