IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 2:06-cr-018-WKW-SRW |
| v. | ) | |
| | ) | |
| SHERRY DIANE PETTIS | ) | |

**UNITED STATES' PROPOSED SUPPLEMENTAL JURY INSTRUCTION**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the following Supplemental Jury Instruction be given to the jury in the above-styled case.

Respectfully submitted this the 11th day of October, 2006.

                                                LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              s/ A. Clark Morris
                                              A. CLARK MORRIS
                                              Assistant United States Attorney
                                              One Court Square, Suite 201
                                              Montgomery, Alabama 36104
                                              Telephone: (334) 223-7280
                                              Fax: (334) 223-7135
                                              E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 2:06-cr-018-WKW-SRW |
| v. | ) | |
| | ) | |
| SHERRY DIANE PETTIS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/ A. Clark Morris
    A. CLARK MORRIS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: clark.morris@usdoj.gov

GOVERNMENT'S REQUESTED JURY INSTRUCTION NO.  14

**Materiality**

Members of the Jury, in order to find the defendant guilty of giving a false statement under oath, what is commonly referred to as perjury, you must find that the false statement given under oath was a material statement. A statement is material if it is capable of influencing the tribunal on the issue before it. In other words, if the defendant's statement had the capability of influencing the trial jury's decision or grand jury's decision, then it is a material statement.

*See*, *U.S. v. Benitez*, 2006 WL 2456510 (11th Cir., April 25, 2006)