**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 12, 2006

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          USA vs. Sherry Diane Pettis

**Case Number:**         2:06cr18-WKW

**Referenced Pleading:** Document #27

**This Notice of Correction filed in the above referenced case to reflect attachment of Certificate of Service page previously omitted.**