IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-18-WKW |
| | ) | |
| SHERRY DIANE PETTIS | ) | |

**ORDER**

Upon consideration of the Motion in Limine to Preclude the Duress Defense filed by the government on October 6, 2006 (Doc. # 27), and the defendant's response in opposition thereto (Doc. # 31), it is hereby

ORDERED that the motion is DENIED.

DONE this 13th day of October, 2006.

                                             /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE