IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-018-W** |
| ) | |
| **SHERRY DIANE PETTIS** ) | |

**MOTION TO DISMISS DUE TO COMPOSITION OF THE JURY VENIRE**

**COMES NOW** the Defendant, SHERRY DIANE PETTIS, by and through undersigned counsel, and moves this court to dismiss this Indictment due to improper composition of the Grand and Petit jury venires, and the under representation of African-Americans on said venires.

Said composition violates the Jury Selection and Service Act, 18 USC §1861 et seq, and the Defendant's Sixth and Fifth Amendments rights to trial by an impartial jury representing a fair cross section of the community and the guarantee of due process.

This Motion is supported by the attached Affidavit. Defendant requests that a hearing on this motion be conducted, if necessary, after the trial in this matter.

Dated this 16th day of October 2006.

Respectfully submitted,

/s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )   )   | |
| V. ) | CR. No.: 2:06cr018-W |
| ) | |
| **SHERRY DIANE PETTIS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

/s/ Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org