| COURTROOM DEPUTY MINUTES | DATE: 10/19/06 | DIGITAL RECORDING: 9:22 - 9:38 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Risa Entrekin |

❏ ARRAIGNMENT     x CHANGE OF PLEA     ❏ CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *2:06cr18-WKW*   **DEFENDANT NAME:** *Sherry Diane Pettis*
**AUSA:** *Clark Morris*   **DEFENDANT ATTY:** *Christine Freeman, Donnie Bethel*
    **Type Counsel:**    ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO
**USPO:** Donnelle Thompson
Defendant _____ does _____x_____ does NOT need and interpreter.
Interpreter present? __x__ NO _____ YES   Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty                    ❏ Nol Contendere

   ❏ Not Guilty by reason of insanity

   x ❏ Guilty as to:

      X ❏ Count(s) __1__ of the Felony Indictment.

      ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

         ❏ to be dismissed at sentencing

**X —** **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea
                              Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

X — **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release
      ❏ summons; for:

   ❏ Trial on _____ ;  x❏ Sentencing 1/22/07   x❏ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

   ❏ Posting a $_____ Bond;

   ❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.