**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                  AT MONTGOMERY, ALABAMA

DATE COMMENCED   OCTOBER 16, 2006                         AT 10:15  A.M./P.M.

DATE COMPLETED   OCTOBER 19, 2006                         AT 10:19  A.M./P.M.

UNITED STATES OF AMERICA    )
                            )
                            )    CR. NO.  2:06cr18-WKW
vs.                         )
                            )
SHERRY DIANE PETTIS         )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| AUSA  A. Clark Morris | X | Atty. Christine Freeman |
|  | X | Atty. Donnie Bethel |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy | Jerusha Adams | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

JURORS

1.  Joanna Lee McLaney-Berry            7.  Gordon D. Dawson
2.  Laura Sue Buchanan                  8.  Bettie C. Ferrell
3.  Matthias Lee Manley                 9.  Jerry Lynn Hughes
4.  Regina Nannette Brooks             10.  Kim Sorrells Ferguson
5.  Orell Russell Smart                11.  Andrea L. Scott
6.  James Earl Franklin                12.  Carolyn Renae Johnson

ALTERNATE

13. Ryan Allen Birge

COURTROOM PROCEEDINGS:

**JURY SELECTION/TRIAL**

| | |
|---|---|
| 10:15 a.m. | Court convened.<br>Multiple voir dire begun (Cr Nos. 2:05cr298-WKW, USA v Artis and **2:06cr18-WKW, USA v Pettis**). |
| 11:53 a.m. | Panel excused for lunch; Hearing out of Jury's presence on defendant's Motion to Dismiss Due to Composition of the Jury Venire; Oral argument heard; Court to take motion under advisement. |
| 12:30 p.m. | Lunch |
| 1:10  p.m. | Jury seated, sworn and excused; trial scheduled for Thursday, October 19, 2006, 9:00 a.m. |

MINUTES

Jury Selection and Trial commencing October 16, 2006, before Judge Keith Watkins
CR No. 2:06cr18-WKW

**10/19/06**

9:15 a.m.    Defendant referred to Magistrate Judge for Guilty Plea.  Jury discharged.

2