**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-018-WKW |
| | ) | |
| SHERRY DIANE PETTIS | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **Sherry Diane Pettis**, by undersigned counsel, Donnie W. Bethel, and respectfully moves this Court for an Order continuing the sentencing hearing in this case. In support of this Motion, the Defendant would show the following:

1. Sentencing in the above-referenced case is scheduled for January 22, 2007.

2. Undersigned counsel will be in Colorado at the National Association of Criminal Defense Lawyers' Advanced Criminal Law Seminar all week beginning Sunday, January 21, 2007.

3. Undersigned counsel has conferred with both Assistant United States Attorney Clark Morris and United States Probation Officer Al Lancaster, and neither of them oppose a continuance of the sentencing hearing in this case.

**WHEREFORE**, Ms. Pettis respectfully requests that the Court grant this Motion to Continue the Sentencing Hearing.

Dated this 16th day of January, 2007.

Respectfully submitted

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 2:06-cr-018-WKW** |
| | ) | |
| **SHERRY DIANE PETTIS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49