IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-CR-018-WKW |
| SHERRY DIANE PETTIS, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the defendant's Motion to Continue Sentencing Hearing (Doc. # 46), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from January 22, 2007, to April 10, 2007, at 10:45 a.m.

DONE this 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE