IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CR-018-WKW |
| ) | |
| SHERRY DIANE PETTIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that the sentencing in this matter on April 10, 2007, is rescheduled from 10:45 a.m. to **8:15 a.m.**

DONE this 29th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE