IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-018-WKW |
| ) | |
| SHERRY DIANE PETTIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In light of the defendant's plea of guilty, it is ORDERED that the Motions to Dismiss Due to Composition of the Jury Venire (Docs. # 35 & # 36) are DENIED as MOOT.

DONE this 8th day of March, 2007.

          /s/ W. Keith Watkins
          UNITED STATES DISTRICT JUDGE