# United States District Court

## for

## Middle District of Alabama

### Report on Defendant Under Pretrial Release Supervision

Name of Defendant: Sherry Diane Pettis    Case Number: 2:06CR00018-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: January 26, 2006

Type of Release: $25,000 unsecured appearance bond

Original Offense: False Declarations Before Grand Jury or Court

Date of Next Court Appearance: January 22, 2007 (sentencing)

Conditions of Release: Report to pretrial services as directed, Maintain or seek employment, Abide by the following restrictions on personal associations, place of abode, or travel: Middle District of Alabama, No firearms, Drug testing and/or treatment, Shall not possess any type of drug paraphernalia, Refrain from excessive use of alcohol.

### NONCOMPLIANCE SUMMARY

The defendant has not complied with the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1**: Mandatory Condition No. 1: "The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case." | On March 28, 2007, the defendant was arrested by the Montgomery Police Department for Unlawful Possession/Receipt of a Controlled Substance (Methadone). The police report reflects that on January 27, 2007, the defendant obtained 120 Methadone pills (10 milligrams) from Walgreens Pharmacy, located at 2281 East South Boulevard, Montgomery, Alabama, under a forged prescription in the name of Barbara Sanders. The prescription was found to be forged on March 3, 2007, when Sanders went to fill the prescription at the same location. On March 4, 2007, the defendant admitted to Sanders that she received the methadone on the forged prescription. Methadone is a Schedule II Controlled Substance. |

**U.S. Probation Officer Action:** The probation officer spoke with the arresting officer who provided details of this case. This case is pending and is scheduled to be presented to the Grand Jury in June 2007.

Since Pettis' case is pending, it is recommended that the Court take no action at this time as the defendant is scheduled for sentencing on April 10, 2007, before the Honorable William Keith Watkins, United States District Judge. However, based on the nature of the defendant's alleged new criminal conduct, the probation officer will recommend at sentencing that the defendant be remanded to the custody of the United States Marshal.

                                      Respectfully submitted,

                      by    /s/ Donnelle Thompson
                                Donnelle Thompson
                                U.S. Probation Officer
                                Date: April 5, 2007

Reviewed and approved:_____/s/ Sandra G. Wood_____
                      Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Conditions of Release
[ ]    Submit a Request for Warrant or Summons
[ ]    Other
[✓]    Concur with Probation Officer's recommendation
[ ]    No action necessary

                                                                         */s/ W. Keith Watkins*
                                                                Signature of Judicial Officer

                                                                4·5·07
                                                                 Date