IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-18-WKW |
| | ) | |
| SHERRY DIANE PETTIS | ) | |

## **ORDER**

Upon consideration of the defendant's Second Unopposed Motion to Continue Sentencing Hearing (Doc. # 51), filed in order to give the defendant's counsel time to investigate her recent arrest, it is ORDERED that the sentencing scheduled for April 10, 2007, is CONTINUED to **May 8, 2007, at 2:00 p.m.**, in the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 9th day of April, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE