IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-18-WKW |
| | ) | |
| SHERRY DIANE PETTIS | ) | |

<u>Order</u>

It is ORDERED that the sentencing scheduled for **May 8, 2007** is RESET for **April 20, 2007**,

at 10:00 a.m.  in the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery,

Alabama.

DONE this 10th day of April, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE